UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

_____
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

| | |
|---|---|
| In Re: | Case No.:    13-21672 |
| **Richard & Marleen Camperlino** | Judge: Kathryn C. Ferguson |
| | Chapter:    **13** |

### CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION TO

　_X_　**CREDITOR'S MOTION or CERTIFICATION OF DEFAULT**
　___　**TRUSTEE'S MOTION or CERTIFICATION OF DEFAULT**

The Debtor in the above-captioned chapter 13 proceeding objects to the following:

1. __X__ Motion for Relief from the Automatic Stay filed by Bank of America, creditor.

A hearing has been scheduled for  **August 9, 2017**, at  **9:00 a.m.**

　___　Motion to Dismiss filed by the Standing Chapter 13 Trustee.
A hearing has been scheduled for _____, at _____ AM.

OR

　___　Certification of Default filed by_____, creditor.

I am requesting a hearing be scheduled on this matter.

　___　Certification of Default filed by standing chapter 13 Trustee.
I am requesting a hearing be scheduled on this matter.

2. I am objecting to the above for the following reasons:

___ Payments have been made in the amount of $_____, but have not been accounted for. Documentation in support is attached hereto.

___ Payments have not been made for the following reasons and debtor proposes repayment as follows: _____

__X__ Other: **We are due for the 2/15/15 through 7/15/17 payments totaling $16,981.80. The regular monthly payment is $566.06. We can make a payment of $3,000.00 prior to the hearing date. We can cure the balance of the arrears in the amount of $13,981.80 by making an additional payment of $1,398.18 beginning in August, 2017 through May, 2018. We can resume making regular monthly payments in August, 2017.**

3. This certification is being made in an effort to resolve the issues raised by the creditor in its motion.

4. I certify under penalty of perjury that the foregoing is true and correct.


Date:  11/3/15                               /s/Richard Camperlino_____
                                             RICHARD CAMPERLINO


                                             /s/Marleen Camperlino_____
                                             MARLEEN CAMPERLINO