MCC4785
MARC C. CAPONE, ESQ.
CAPONE & KEEFE, P.C.
60 HIGHWAY 71, UNIT 2
SPRING LAKE HEIGHTS, NJ 07762
(732) 528-1166
ATTORNEYS FOR DEBTOR

**Order Filed on August 10, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

IN RE:  Chapter 13

Richard & Marleen Camperlino  Case No.: 13-21672 (KCF)

Hearing Date:

**ORDER GRANTING APPLICATION FOR ALLOWANCE
OF ATTORNEY'S FEES**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: August 10, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

(Page 2)

Debtor(s):    Richard & Marleen Camperlino
Case No.:    13-21672 (KCF)
Caption of Order:    **Order Granting Application for Allowance of Attorney's Fees**

The applicant having certified to additional legal work having been done after entry of the confirmation order and the debtor having not objected to the aforesaid fees, it is:

**ORDERED** that Capone & Keefe, the applicant, is allowed a fee of **$400.00** for services rendered as set forth in applicant's Certification of Debtors' Counsel Supporting Application for Attorney's Fees. The allowance shall be payable:

    **X**    **$400.00** through the Chapter 13 plan as an administrative priority; and

    ___    $_____ outside the plan.

The Debtor's monthly plan payment is modified to require a payment of:

**$28,816.00** paid to date, **$635.00** per month for **8** months

United States Bankruptcy Court
District of New Jersey

In re:  
Richard W. Camperlino, Jr.  
Marleen R Camperlino  
    Debtors

Case No. 13-21672-KCF  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Aug 11, 2017  
                       Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2017.  
db/jdb          Richard W. Camperlino, Jr.,    Marleen R Camperlino,    302 Cliffwood Ave,    Cliffwood, NJ   07721-1130

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                       TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2017                                                Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2017 at the address(es) listed below:  
        Albert   Russo     on behalf of Trustee Albert   Russo docs@russotrustee.com  
        Albert   Russo     docs@russotrustee.com  
        Brian C. Nicholas     on behalf of Creditor     BANK OF AMERICA, N.A. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Denise E. Carlon     on behalf of Creditor     BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        John R. Morton, Jr.     on behalf of Creditor     Nissan Motor Acceptance Corporation, Servicer for Nissan-Infiniti LT ecfmail@mortoncraig.com, mortoncraigecf@gmail.com;mhazlett@mortoncraig.com  
        Marc C. Capone     on behalf of Debtor Richard W. Camperlino, Jr. mcapone@caponeandkeefe.com, docs@caponeandkeefe.com  
        Marc C. Capone     on behalf of Joint Debtor Marleen R Camperlino mcapone@caponeandkeefe.com, docs@caponeandkeefe.com  
        Robert A. Rich     on behalf of Creditor     RBS Citizens rrich2@hunton.com  
                                                                                                                                        TOTAL: 8