| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Richard W. Camperlino Jr.<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–7906<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Marleen R Camperlino<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–8121<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   13–21672–KCF | | |

# Order of Discharge                                                                                                                   12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Richard W. Camperlino Jr.                                    Marleen R Camperlino

<u>6/29/18</u>                                                                  **By the court:** <u>Kathryn C. Ferguson</u>
                                                                                                    United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                           Case No. 13-21672-KCF
Richard W. Camperlino, Jr.                                       Chapter 13
Marleen R Camperlino
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Jun 29, 2018
                              Form ID: 3180W           Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2018.
```
db/jdb         Richard W. Camperlino, Jr.,    Marleen R Camperlino,    302 Cliffwood Ave,
                 Cliffwood, NJ 07721-1130
cr            +Nissan Motor Acceptance Corporation, Servicer for,    P.O. Box 660366,    Dallas, TX 75266-0366,
                 UNITED STATES 75266-0366
513963259     +Amex Dsnb,    Po Box 8218,    Mason, OH 45040-8218
515068385      Bank of America N.A.,    c/o Prober & Raphael,    Attornys For Secured Creditor,    P.O. Box 4365,
                 Woodland Hills, CA 91365-4365
514216699     +CAPITAL ONE BANK (USA), N.A.,    PO Box 12907,    Norfolk VA 23541-0907
514234979     +CAPITAL ONE, N.A.,    PO Box 12907,    Norfolk, VA 23541-0907
514004243     +Department Stores National Bank/American Express,    Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
513963269      First National Bank,    Attention:FNN Legal Dept,    1620 Dodge St. Stop Code: 3290,
                 Omaha, NE 68197-0003
513963270      First National Bank Of Omaha,    1620 Dodge St,    Omaha, NE 68102-1593
513995209     +First National Bank of Omaha,    1620 Dodge Street Stop Code 3105,    Omaha Ne 68197-0002
513963271     +Fnb Omaha,    Po Box 3412,    Omaha, NE 68103-0412
513963273     +Nissan Motor Acceptance,    PO Box 9001133,    Louisville, KY 40290-1133
513999751      Nissan-Infiniti LT,    PO Box 660366,    Dallas TX 75266-0366
513963274      Peoples Bk Credit Card,    PO Box 7092,    Bridgeport, CT 06601-7092
513963275      Peoples Bk Credit Card Services,    Attn: Bankruptcy,    PO Box 7092,
                 Bridgeport, CT 06601-7092
513970689     +RBS Citizens Bank,    443Jefferson Blvd,    RJW 135,    Warwick RI 02886-1321
513963276     +Rbs Citizens Na,    1000 Lafayette Blvd,    Bridgeport, CT 06604-4725
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jun 29 2018 23:55:45     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 29 2018 23:55:42     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
514194883      EDI: BECKLEE.COM Jun 30 2018 03:34:00     AMERICAN EXPRESS CENTURION BANK,
                 C/O BECKET AND LEE LLP,    POB 3001,    MALVERN, PA 19355-0701
513963257      EDI: BECKLEE.COM Jun 30 2018 03:34:00     American Express,    PO Box 3001,
                 16 General Warren Blvd,    Malvern, PA 19355-1245
513963256      EDI: BECKLEE.COM Jun 30 2018 03:34:00     American Express,    16 General Warren Blvd,
                 Malvern, PA 19355-1245
513963258     +EDI: AMEREXPR.COM Jun 30 2018 03:34:00     Amex,    Po Box 297871,
                 Fort Lauderdale, FL 33329-7871
513963260      EDI: BANKAMER.COM Jun 30 2018 03:34:00     Bank Of America, N.a.,    4161 Piedmont Pkwy,
                 Greensboro, NC 27410
513963261      EDI: BANKAMER.COM Jun 30 2018 03:34:00     Bk Of Amer,
                 Attn: Correspondence Unit/CA6-919-02-41,    PO Box 5170,    Simi Valley, CA 93062-5170
513963262      EDI: CAPITALONE.COM Jun 30 2018 03:34:00     Cap One,    Po Box 85520,    Richmond, VA 23285
514234804     +E-mail/Text: bncmail@w-legal.com Jun 29 2018 23:56:01     CERASTES, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
513963263     +EDI: CAPITALONE.COM Jun 30 2018 03:34:00     Cap One,    Po Box 30253,
                 Salt Lake City, UT 84130-0253
513963264     +EDI: CAPITALONE.COM Jun 30 2018 03:34:00     Cap1/bstby,    26525 N Riverwoods Blvd,
                 Mettawa, IL 60045-3440
513963265      EDI: CAPITALONE.COM Jun 30 2018 03:34:00     Capital 1 Bank,    Attn: Bankruptcy Dept.,
                 PO Box 30285,    Salt Lake City, UT 84130-0285
513963266     +EDI: CAPITALONE.COM Jun 30 2018 03:34:00     Capital One Bank,    PO Box 30285,
                 Salt Lake City, UT 84130-0285
513963267     +EDI: CHASE.COM Jun 30 2018 03:34:00     Chase,    Po Box 15298,    Wilmington, DE 19850-5298
513984657      EDI: DISCOVER.COM Jun 30 2018 03:34:00     Discover Bank,    DB Servicing Corporation,
                 PO Box 3025,    New Albany, OH 43054-3025
513963268     +EDI: DISCOVER.COM Jun 30 2018 03:34:00     Discover Fin Svcs Llc,    Po Box 15316,
                 Wilmington, DE 19850-5316
513963272      EDI: RMSC.COM Jun 30 2018 03:35:00     Gecrb/select Comfort,    Attn: Bankruptcy Dept,
                 PO Box 103104,    Roswell, GA 30076-9104
514872140      EDI: PRA.COM Jun 30 2018 03:33:00     Portfolio Recovery Associates, LLC,    POB 41067,
                 Norfolk, VA 23541
514872141      EDI: PRA.COM Jun 30 2018 03:33:00     Portfolio Recovery Associates, LLC,    POB 41067,
                 Norfolk, VA 23541,    Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541
514211262      EDI: PRA.COM Jun 30 2018 03:33:00     Portfolio Recovery Associates, LLC,
                 c/o CHASE BANK USA, N.A.,    POB 41067,    Norfolk VA 23541
514162064      EDI: Q3G.COM Jun 30 2018 03:35:00     Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                 PO Box 788,    Kirkland, WA 98083-0788
513963277     +EDI: SEARS.COM Jun 30 2018 03:34:00     Sears/cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
                                                                                                TOTAL: 23
```

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

```
District/off: 0312-3           User: admin              Page 2 of 2             Date Rcvd: Jun 29, 2018
                               Form ID: 3180W           Total Noticed: 40
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 29, 2018 at the address(es) listed below:

```
          Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert   Russo    docs@russotrustee.com
          Brian C. Nicholas    on behalf of Creditor    BANK OF AMERICA, N.A. bnicholas@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          John R. Morton, Jr.    on behalf of Creditor    Nissan Motor Acceptance Corporation, Servicer for
           Nissan-Infiniti LT ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
          Marc C. Capone    on behalf of Debtor Richard W. Camperlino, Jr. mcapone@caponeandkeefe.com,
           docs@caponeandkeefe.com
          Marc C. Capone    on behalf of Joint Debtor Marleen R Camperlino mcapone@caponeandkeefe.com,
           docs@caponeandkeefe.com
          Robert A. Rich    on behalf of Creditor    RBS Citizens rrich2@hunton.com
                                                                                             TOTAL: 8
```